# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UCB SOCIETE ANONYME and UCB PHARMA, INC., | ) ) ) ) |
| Plaintiffs and Counter-Defendants, | ) ) ) |
| v. | ) ) ) |
| MYLAN LABORATORIES INC. and MYLAN PHARMACEUTICALS INC., DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., and COBALT PHARMACEUTICALS INC., | ) ) ) ) ) ) ) |
| Defendants and Counter-Plaintiffs. | ) ) |
| This Filing Applies to *Mylan* Civil Action No. 1:04-CV-0683 (WSD) | ) ) ) |

Civil Action
No. 1:04-CV-0683 (WSD)


Related Cases:
1:04-CV-0792 (WSD)
1:05-CV-0479 (WSD)

## [PROPOSED] CONSENT ORDER FOR ADMINISTRATIVE CLOSURE

In consideration of the parties' settlement agreement, and for good cause shown, this case shall be removed from the Court's calendar and the Court directs the Clerk to close the case administratively with the right of either party to reopen if the settlement is not consummated.

152585

SO ORDERED this _____ day of October, 2007.

_____
Honorable William S. Duffey, Jr.
United States District Court Judge

Consented to by:

/s/ Sarah M. Shalf
Emmet J. Bondurant II
Georgia Bar No. 066900
Email: *bondurant@bmelaw.com*
Sarah M. Shalf
Georgia Bar No. 637537
Email: *shalf@bmelaw.com*
BONDURANT, MIXSON &
ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
(404) 881-4100

Robert L. Baechtold
Bruce C. Haas
Scott K. Reed
Steven C. Kline
FITZPATRICK, CELLA,
HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112
(212) 218-2100

**Attorneys for Plaintiffs and
Counter-Defendants**

/s/ Robert E. Colletti
Robert E. Colletti
Email: *rcolletti@flhlaw.com*
Edgar H. Haug
Charles J. Raubicheck
Jeffrey A. Hovden
Jonathan R. Wise
FROMMER LAWRENCE &
HAUG LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Michael L. Brown
Georgia Bar No. 088875
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
(404) 881-7000

**Attorneys for Defendants and
Counter-Plaintiffs**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed the within and foregoing

**[PROPOSED] CONSENT ORDER FOR ADMINISTRATIVE CLOSURE**

with the Clerk of Court using the CM/ECF system which will automatically send

email notification of such filing to the following attorneys of record:

Michael L. Brown
mike.brown@alston.com

Robert E. Colletti
rcolletti@flhlaw.com

Edgar H. Haug
ehaug@flhlaw.com

C. Andrew Head
ahead@cchlawfirm.com

Jeffrey A. Hovden
jhovden@flhlaw.com

Michael H. Imbacuan
mimbacuan@budd-larner.com

Deanne M. Mazzochi
dmazzochi@rmmslegal.com

William A. Rakoczy
wrakoczy@rmmslegal.com

Charles J. Raubicheck
craubicheck@flhlaw.com

Alice L. Riechers
ariechers@rmmslegal.com

Stuart D. Sender
ssender@budd-larner.com

Frank G. Smith, III
fsmith@alston.com

Sonya L. Truman
struman@malmlawgroup.com

Jonathan R. Wise
jwise@flhlaw.com

152585

3

I hereby certify that I have served by United States Postal Service the

document and Notice of Electronic Filing on the following non-CM/ECF

participants, as follows:

Jill Ondos                              Brian Roman
Mylan Laboratories, Inc.                Mylan Pharmaceuticals, Inc.
1500 Corporate Drive, Suite 400         781 Chestnut Ridge Road
Canonsburg, PA 15317                    Morgantown, WV 26505

This 22nd day of October, 2007.

 /s/ Sarah M. Shalf
Emmet J. Bondurant II
Georgia Bar No. 066900
Email: *bondurant@bmelaw.com*